SULLIVAN HILL LEWIN REZ & ENGEL  **Electronically Filed: 06/03/2016**
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for James L. Kennedy, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TERRAMAR PARTNERS, LLC,<br><br>          Debtor. | CASE NO. 15-07789-CL7<br><br>Chapter 7<br><br>**WITHDRAWAL OF NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**<br><br>Dept.: 5<br>Hon. Christopher B. Latham |

      On March 29, 2016, as County Recorder Document No. 2016-0141208 a Notice of Bankruptcy Filing and Imposition of Automatic Stay pursuant to 11 U.S.C. § 362 was recorded concerning property located at 1151 Willow Street, San Diego, California APN 531-311-01-00. See Exhibit A attached hereto and herein incorporated by reference. By this notice the prior Notice of Bankruptcy Filing and Imposition of Automatic Stay pursuant to 11 U.S.C. § 362 is being withdrawn.

Dated: June 3, 2016                      SULLIVAN HILL LEWIN REZ & ENGEL
                                              A Professional Law Corporation

                                    By:  */s/Gary B. Rudolph*
                                              Gary B. Rudolph
                                              Attorneys for Chapter 7 Trustee

## EXHIBIT TABLE

| Exhibit | Description | Pages |
|---|---|---|
| A | Recorded Notice of Bankruptcy Filing and Imposition of Automatic Stay | 3-10 |

**EXHIBIT A**

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:
Gary B. Rudolph, Esq.

AND WHEN RECORDED MAIL TO:
Sullivan Hill Lewin Rez & Engel, APLC
c/o Gary B. Rudolph
550 West C Street, Suite 1500
San Diego, CA 92101

DOC# 2016-0141208

Mar 29, 2016  03:00 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $33.00

PAGES: 7

THIS SPACE FOR RECORDER'S USE ONLY

Notice of Bankruptcy Filing and Imposition of Automatic Stay Pursuant to 11 U.S.C. Section 362

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| | |
|---|---|
| SULLIVAN HILL LEWIN REZ & ENGEL<br>A Professional Law Corporation<br>James P. Hill, SBN 90478<br>Gary B. Rudolph, SBN 101921<br>550 West "C" Street, Suite 1500<br>San Diego, California 92101<br>Telephone: (619) 233-4100<br>Fax Number: (619) 231-4372 | **Electronically Filed: 03/28/2016** |

Attorneys for James L. Kennedy, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TERRAMAR PARTNERS, LLC,<br><br>            Debtor. | CASE NO. 15-07789-CL7<br><br>Chapter 7<br><br>**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**<br><br>Dept.: 5<br>Hon. Christopher B. Latham |

NOTICE IS HEREBY GIVEN that on December 1, 2015, Terramar Partners, LLC, filed a Chapter 7 bankruptcy case no. 15-07789-CL7. A copy of the Notice of Chapter 7 Bankruptcy Case is attached hereto as Exhibit "A" and herein incorporated by reference.

///
///
///
///
///
///
///
///

United States of America
Southern District of California

This is to certify that the within and attached document is a full, true and correct copy of the original thereof, as the same appears on file in the offices of the Clerk of the United States Bankruptcy Court of the Southern District to California
Witness the 28 day of March 20 16
Barry K. Lander
Clerk of Court
By _____
Deputy Clerk

- 1 -

The bankruptcy affects the following property located at 1151 Willow Street, San Diego, California, A.P.N. 531-311-01-00; whose legal description is as follows:

> LOT 1 IN BLOCK 15 OF ROSEVILLE, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 305, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY.

Dated: March 28, 2016

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation

By: /s/Gary B. Rudolph
    Gary B. Rudolph
    Attorneys for James L. Kennedy,
    Chapter 7 Trustee

## EXHIBIT TABLE

| Exhibit | Description | Pages |
|---|---|---|
| A | Notice of Chapter 7 Bankruptcy Case | 4-6 |

378433-v1

- 3 -

EXHIBIT "A"                                                              PAGE 4

EXHIBIT "A"                                                              PAGE 4

PAGE 5

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Terramar Partners, LLC**<br>Name | EIN **45-0829109** |
| United States Bankruptcy Court **Southern District of California**<br>Case number: **15-07789-CL7** | | Date case filed for chapter **7   12/1/15** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline     12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| 1. Debtor's full name | Terramar Partners, LLC | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 1010 Second Avenue #521<br>Encinitas, CA 92024 | |
| 4. Debtor's attorney<br>Name and address | Gregory J. Stuman<br>Gregory J. Stuman, Esq.<br>2526 Pearce Road<br>Austin, TX 78730 | Contact phone 512-781-9398<br>Email greg@stuman.com |
| 5. Bankruptcy trustee<br>Name and address | James L. Kennedy<br>PO Box 28459<br>San Diego, CA 92198-0459 | Contact phone (858) 451-8859<br>Email: jlm@jlkennedy.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | Hours open<br>9:00am - 4:00pm<br>Contact phone 619-557-5620<br>Date: 12/2/15 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | January 6, 2016 at 11:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 660, Hearing Room A, San Diego, CA 92101 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline     page 1

PAGE 5
EXHIBIT "A"

**PAGE 6**

Debtor **Terramar Partners, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　Case number **15-07789-CL7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 12/1/15, the following person is named Interim Trustee of the estate of the debtor:

James L. Kennedy
PO Box 28459
San Diego, CA 92198-0459

## TRUSTEE REQUIREMENTS

Debtors and debtors's attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interst may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619-557-5013.

page 2

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated: 12/2/15　　　　　　　　　　　　　　　　　　Southern District of California

**PAGE 6**
**EXHIBIT "A"**