CSD 2065 [03/01/15]
Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

SULLIVAN HILL LEWIN REZ & ENGEL, APLC
James P. Hill (SBN 90478)/Gary B. Rudolph (SBN 101921)
550 West C Street, Suite 1500
San Diego, CA             Tel.: (619) 233-4100
Attorneys for James L. Kennedy, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

TERRAMAR PARTNERS, LLC,

BANKRUPTCY NO. 15-07789-CL7

Debtor.

# TRUSTEE'S AMENDED NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007(a), notice is hereby given that the undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:

All claims against Charles Wherritt; Sophie Wherritt; Thomas E. Ford; Carol M. Ford and John Crigna for declaratory relief; breach of contract; breach of implied covenant of good faith and fraud alleged in case no. 37-2015-00000334-CU-CO-CTL, in the Superior Court of California, County of San Diego - Central Division.

ESTIMATED VALUE OF THE PROPERTY:
Uncertain.

LIENS AGAINST THE PROPERTY:
Uncertain.

The property is to be abandoned because:

☐ There is little or no equity in the property for the estate

☐ Costs of collection or litigation will probably exceed any recovery.

☐ Preservation of the asset is burdensome to the bankruptcy estate.

☒ Other:
The estate has no funds to retain or employ counsel.

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

CSD 2065

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
   | - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
   | - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
   | - | PB | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |
   | - | CL | - | call (619) 557-6019 | - | DEPARTMENT FIVE (Room 318) |

2. **WITHIN TWENTY-ONE (21)** [1] **DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO THE ABANDONMENT and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the factual and legal grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

   IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO THE ABANDONMENT" AND "REQUEST AND NOTICE OF HEARING" within the 21-day[1] period provided by this notice, NO HEARING WILL TAKE PLACE, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: June 8, 2016

SULLIVAN HILL LEWIN REZ & ENGEL, APLC

/s/Gary B. Rudolph

Gary B. Rudolph, Esq., Attorney for James Kennedy, Chapter 7 Trustee
Address: 550 West C Street, Suite 1500
San Diego, CA 92101

Phone No.: (619) 233-4100
E-mail: rudolph@sullivanhill.com

---

[1] If you were served electronically or by mail, you have three (3) additional days to act as specified above pursuant to Fed. R. Bankr. P. 9006(f).

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

```
United States Bankruptcy Court
Southern District of California
```

In re:                                                                                          Case No. 15-07789-CL
Terramar Partners, LLC                                                                          Chapter 7
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0974-3           User: Admin.              Page 1 of 3              Date Rcvd: Jun 08, 2016
                               Form ID: pdf904           Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2016.
```
db              Terramar Partners, LLC,    1010 Second Avenue #521,    Encinitas, CA  92024
cr             +Trilion Capital Corp,    Solomon, Grindle, Silverman & Wintringer,
                 c/o Michael M. Wintringer, Esq.,     12651 High Bluff Drive,    Suite 250,
                 San Diego, CA 92130-2094
14063332       +Adleson, Hess & Kelly, APC,    Attn: Patric J. Kelly,    577 Salmar Ave., 2nd Fl.,
                 Campbell, CA 95008-1439
14059634       +American Fence Company,    9944 Pospect Avenue,    Santee, CA 92071-4397
14059635       +Barbara Valadez,    7551 Pino Place,   Rancho Cucamonga, CA 91739-9021
14059637       +Bircher Anderson Realty Management,    4 Hutton Centre, Suite 240,    Santa Ana, CA 92707-6729
14059638       +Bob Belanger,    5694 Mission Center Rd. #620,   San Diego, CA 92108-4355
14059639       +Brad Jacobs, Esq.,    501 West Broadway, Suite 1650,    San Diego, CA 92101-3541
14059649       +CZ Master Association,    16775 Von Karman #100,    Irvine, CA 92606-4966
14059640       +Carol M. Ford,    44 Beverly Drive,   Camarillo, CA 93010-2336
14059641       +Cavallino Fund, LLC,    c/o Hamilton Ridge Management,    111 N. Market Street, Suite 300,
                 San Jose, CA 95113-1116
14059642       +Charles Wherritt,    23921 Sofia Steet,   Mission Viejo, CA 92691-3850
14059643       +Chester Thompson,    12421 Dapple Drive,   Rancho Cucamonga, CA 91739-2427
14059644       +City of Los Angeles - Blush Clearance,    200 N. Main Street, Room 1620,
                 Los Angeles, CA 90012-4147
14059645       +City of San Diego,    Rental Business Tax Program,   PO Box 129003,    San Diego, CA 92112-9003
14059646       +City of San Diego Public Utitlities,    PO Box 129020,    San Diego, CA 92112-9020
14059648       +Culligan,    885 Gateway Center Way, Suite 101,   San Diego, CA 92102-4538
14059650        David H. Stern,    28004 S. Western Ave, Unit 310,    San Pedro, CA 90732-1271
14059651       +Dennis Dudley,    4740 Canoga Avenue,   Woodland Hills, CA 91364-4401
14059652        Diane Erickson,    121 Aneta Street,   Culver City, CA 90230
14059653        Dixieline / Probuild,    32509 Sports Arena Blvd,   San Diego, CA 92110
14059655       +Dwight DeSantis, SDIRA,    2255 Avenida de la Playa, Suite C,    La Jolla, CA 92037-3245
14059656       +Employers Preferred Insurance,    412 Park Center Blvd., Suite 320,    Boise, ID 83706-7565
14059657       +Eric K. Boldt, CPA,    2255 Avenida de la Playa #6,   La Jolla, CA 92037-3245
14059658       +FCI Lender Services, Inc.,    PO Box 27370,   Anaheim, CA 92809-0112
14059659       +Four Seeasons / Perma-Green Lawncare,    6161 El Cajon Blvd. #B-185,    San Diego, CA 92115-3922
14059661        Gary P. Thorne,    121 Aneta Street,   Culver City, CA 90230
14059662       +Gloria Karman,    4275 Moore Street,   Los Angeles, CA 90066-5725
14059663       +Goodwin's Landscape Maintenance,    6620 Thornwood Street,    San Diego, CA 92111-4137
14059664       +Gregory J. Stuman,    2526 Pearce Road,   Austin, TX 78730-4255
14059666       +Hsiao Yu Chen,    10490 Prather Lane,   Tustin, CA 92782-1427
14059669       +IRA Services Trust Company,    CFBO Aaron Esparza,   1160 Industrial Blvd, Suite 1,
                 San Carlos, CA 94070-4128
14059671       +IRA Services Trust Company,    CFBO Jeff Post,   1160 Industrial Blvd, Suite 1,
                 San Carlos, CA 94070-4128
14059672       +IRA Services Trust Company,    CFBO Judith Post,   1160 Industrial Blvd, Suite 1,
                 San Carlos, CA 94070-4128
14059670       +IRA Services Trust Company,    CFBO Robyn Davidoff,    P.O. Box 7080,    San Carlos, CA 94070-7080
14059668       +IRA Services Trust Company,    CFBO Marian Lisette Campbell,    3411 Meadow Brook,
                 Costa Mesa, CA 92626-1726
14059673      #+Jeff Lindikoff,    1548 NW William Clark St,   Bend, OR 97703-6711
14059674       +Jim Mei,   16865 Boones Ferry Road, Suite 201,    Lake Oswego, OR 97035-5281
14059675       +John Crigna,    P.O. Box 1011,   Sierra Madre, CA 91025-4011
14059677       +Jorge Aparicia and Caridad Aparicio,,    Trustees of the Jorge Armando Aparicio,
                 and Cadidad Victoria Aparicio Trust,    31242 Via Cordova,    San Juan Capistrano, CA 92675-2922
14059678       +Kenneth L. Perkins, Jr.,    MUSICK, PEELER & GARRETT LLP,    650 Town Center Drive, Suite 1200,
                 Costa Mesa, CA 92626-7166
14059679       +Kristin Dudley,    4740 Canoga Avenue,   Woodland Hills, CA 91364-4401
14059686       +LMG Solo 401(k) Trust,    FBO Linda Marie Gross,    18-05 215th Street, Apt. 15D,
                 Bayside, NY 11360-2123
14059680       +Larry Adler,    3010 Exmoor Rd,   Ann Arbor, MI 48104-4132
14110360       +Laura M. Knox-Raphael (SBN 130334),    The Knox-Raphael Law Firm,    9210 Irvine Center Drive,
                 Irvine, CA 92618-4661,    (949)660-1609,    lknox@knoxraphael-law.com
14059681       +Laura M. Knox-Raphael, Esq.,    9210 Irvine Center Drive,    Irvine, CA 92618-4661
14059682       +Laura Thompson,    12421 Dapple Drive,   Rancho Cucamonga, CA 91739-2427
14059683       +Ledcor Construction, Inc.,    c/o SureTec,   1330 Post Oak Blvd., Suite 1100,
                 Houston, TX 77056-3309
14059684       +Lisa Chen,    10490 Prather Lane,   Tustin, CA 92782-1427
14059687       +Martin Valadez,    7551 Pino Place,   Rancho Cucamonga, CA 91739-9021
14059688       +Masco Contractor Services of California,     12251 Iavelli Way, Suite A,    Poway, CA 92064-8845
14059689       +Melanie Archer,    707 Torrance Blvd. #200,   Redondo Beach, CA 90277-3492
14059690       +Michael Biggs,    4063 Roxbury Drive,   Hemet, CA 92545-9133
14059691       +Michael R. Gradisher,    1403 Craftsman Avenue E,   Celebration, FL 34747-4054
14059692       +Moller Realty, LLC,    c/o Bryce Moller,   1678 Calliandra Road,    Carlsbad, CA 92011-4042
14059693       +Peter Schonberger,    330 E. 70th Street, Apt. C,    New York, NY 10021-8634
14059694       +Ramon Cornejo,    5685 Oak Tree Circle,   Riverside, CA 92509-3640
14059695       +Rebecca Olavarria,    1403 Craftsman Avenue E,   Celebration, FL 34747-4054
14059696       +Richard Proietti,    4275 Moore Street,   Los Angeles, CA 90066-5725
14059697       +Robert Pecorraro,    19237 Dandelion Court,   Riverside, CA 92508-7104
```

```
14059698       +Robyn Davidoff,    2760 Farragut Road #111,    San Diego, CA 92106-6107
14059700       +SDG&E,    PO Box 25111,    Santa Ana, CA 92799-5111
14059699       +Scott Israel,    3710 SW Hillside,    Portland, OR 97221-4106
14059701       +Sid's Carpet Barn, Inc.,    132 West 8th Street,    National City, CA 91950-1197
14059702       +Sophie Wherritt,    23921 Sofia Steet,    Mission Viejo, CA 92691-3850
14059703       +South Coast Copy Systems,    742 Genevieve St., Suite D,    Solana Beach, CA 92075-2060
14059704       +Steve Kelly,    22 Castellina Drive,    Newport Beach, CA 92657-1616
14059706       +TCI Fund 1, LLC,    10755 Scripps Poway Pkwy., Suite 630,    San Diego, CA 92131-3924
14059708       +Thomas E. Ford,    44 Beverly Drive,    Camarillo, CA 93010-2336
14077742       +Trilion Capital Corp.,    c/o Michael M. Wintringer,    12651 High Bluff Drive, Suite 250,
                 San Diego, CA 92130-2094
14059709       +TruTeam,    c/o AG Adjustments,    740 Walt Whitman Road,    Melville, NY 11747-2212
14098385       +Tyler J. Belong,    HOGUE & BELONG APC,    170 Laurel Street,    San Diego, CA 92101-1419
14059710       +United Site Services,    PO Box 53267,    Phoenix, AZ 85072-3267
14059711       +William Clarke,    PO Box 230625,    Encinitas, CA 92023-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14059636       +E-mail/Text: brucecole@hotmail.com Jun 09 2016 00:42:59     Beech Ridge, LLC,    c/o Bruce Cole,
                 3130 Quimby Street,    San Diego, CA 92106-1943
14059647       +E-mail/Text: CCICollectionsGlobalForms@cox.com Jun 09 2016 00:42:48     Cox Business,
                 PO Box 1259,   Dept. #102288,    Oaks, PA 19456-1259
14059660       +E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 09 2016 00:43:05     Franchise Tax Board,
                 PO Box 942857,    Sacramento, CA 94257-0001
14062763       +E-mail/Text: rudolph@sullivanhill.com Jun 09 2016 00:42:54     Gary B. Rudolph, Esq.,
                 SULLIVAN HILL LEWIN REZ & ENGEL, APLC,    550 West C Street, Suite 1500,
                 San Diego, CA 92101-3570
14059665       +E-mail/Text: bwinkelspecht@hotmail.com Jun 09 2016 00:42:59
                 H. Brian Winkelspecht Solo 401k Trust,    FBO Howard Brian Winkelspecht,
                 29706 Knoll View Drive,    Rancho Palos Verdes, CA 90275-6436
14059667        E-mail/Text: cio.bncmail@irs.gov Jun 09 2016 00:42:14     Internal Revenue Service,
                 324 25th Street,    Ogden, UT 84201
14059676       +E-mail/Text: srivera@jnacollect.com Jun 09 2016 00:42:25     Jonathan Neil & Associates,
                 18321 Ventura Blvd, Suite 1000,    Tarzana, CA 91356-4255
14059705       +E-mail/Text: pasteve99@aol.com Jun 09 2016 00:42:59     Steve Pecoraro,    1744 Grand Avenue #7,
                 Long Beach, CA 90804-2022
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             David H. Stern,    28004 S. Western Ave, Unit 310,    San Pedro, CA  90732-1271
cr*            +Moller Realty, LLC,    c/o Bryce Moller,    1678 Calliandra Road,    Carlsbad, CA 92011-4042
14059654       ##+Doris Morgan,    c/o Ted Morgan,    2427 Torrejon Place,    Carlsbad, CA 92009-8034
14059685       ##+Lloyd Douglas Stuman,    401 Seaward Rd. #14,    Corona Del Mar, CA 92625-2660
14059707       ##+Ted Morgan,    2427 Torrejon Place,    Carlsbad, CA 92009-8034
                                                                                       TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2016 at the address(es) listed below:

              David A. Ortiz    on behalf of United States Trustee    United States Trustee
               david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov
              Gary B. Rudolph    on behalf of Trustee James L. Kennedy rudolph@sullivanhill.com,
               hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy
               .com;rudolph@ecf.inforuptcy.com
              Gregory J. Stuman    on behalf of Debtor    Terramar Partners, LLC greg@stuman.com
              James L. Kennedy    jim@jlkennedy.com,  jlk@trustesolutions.net
              Laura M. Knox    on behalf of Creditor Kristen  Dudley lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Chester Guy Thompson lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Robert  Pecoraro lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Dennis  Dudley lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor    IRA Serv. Tr. Co. CFBO Marian Lisette Campbell
               lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Gary P. Thorne lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Peter  Schonberger lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Morgan  Doris (by Ted Morgan) lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Ramon  Cornejo lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor    IRA Serv. Tr. Co. CFBO Aaron Esparza
               lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Martin  Valadez lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Barbara  Valadez lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Edward (Ted)  Morgan lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Diane (Diane Thorne)  Erickson lknox@knoxraphael-law.com
              Laura M. Knox    on behalf of Creditor Steve  Pecoraro lknox@knoxraphael-law.com
              Michael M. Wintringer    on behalf of Creditor    Trilion Capital Corp mike@sgswlaw.com,
               missy@sgswlaw.com
              Patric J. Kelly    on behalf of Interested Party    Adleson, Hess & Kelly, APC pjkelly@ahk-law.com
              Tyler  Belong    on behalf of Creditor Bruce  Cole tbelong@hoguebelonglaw.com
              Tyler  Belong    on behalf of Creditor Bryce  Moller tbelong@hoguebelonglaw.com
              Tyler  Belong    on behalf of Creditor Steve  Kelley tbelong@hoguebelonglaw.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 25